UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00057-MMD |
| Plaintiff/Respondent, | ORDER |
| v. | |
| EDUARDO SEGURA, | |
| Defendant/Petitioner. | |

The Court sentenced Defendant Eduardo Segura to 120 months in the custody of the United States Bureau of Prisons ("BOP") on August 18, 2014. (ECF Nos. 104, 105.) The Court received the attached letter[1] from Defendant's sister on May 10, 2019, asking the Court to order BOP to transfer Defendant from a Louisiana prison to a prison closer to his family in California.

While the Court is sympathetic to this request, the Court has no authority to order BOP to transfer Defendant. *Foy v. United States*, 285 F.R.D. 407, 410 (N.D. Iowa 2012) ("[O]nce BOP assumes custody of a prisoner, the court has no authority to designate the place of imprisonment."); *United States v. Gonzalez-Juarez*, No. 95-472-1-FR, 1997 WL 817359, at *1 (D. Or. Dec. 15, 1997) ("This court has no authority to order the Bureau of Prisons to house the defendant closer to his family.").

Furthermore, while a provision of the First Step Act requires BOP to "place the prisoner in a facility as close as practicable to the prisoner's primary residence, and to the extent practicable, in a facility within 500 driving miles of that residence," this requirement is tempered by numerous other considerations, including bed availability and the prisoner's security designation. 18 U.S.C. § 3621(b). Moreover, "a designation of a place

///

---

[1]The attached letter redacts Defendant's prisoner identification number as well as his sister's personal contact information. The Court will instruct the Clerk of the Court to file an unredacted version of the letter under seal.

of imprisonment under this subsection is not reviewable by any court." *United States v. Tovar-Zamorano*, No. 16-20052-JAR, 2019 WL 2005918, at *2 (D. Kan. May 7, 2019) (citing 18 U.S.C. § 3621(b)).

Nevertheless, the Court notes that prisoners in other cases have asked their case managers for transfer based on the First Step Act. *See Porche v. Salazar*, No. 3:19-CV-00077-MK, 2019 WL 1373683, at *1 (D. Or. Mar. 5, 2019), *report and recommendation adopted*, No. 3:19-CV-00077-MK, 2019 WL 1371139 (D. Or. Mar. 26, 2019) ("Based on this provision of the Act, petitioner again asked his case manager if he could be transferred to a facility closer to his release address. His case manager allegedly denied his request, stating that the BOP had not yet made changes to its policies pursuant to the First Step Act. Pet. at 2, 4. Petitioner did not seek further administrative review."). Defendant may be able to make a similar request within BOP.

It is therefore ordered that the Clerk of the Court docket the unredacted version of the letter under seal. The Clerk of the Court is instructed to send a copy of this order to Defendant's sister at the address listed in the unredacted version of the letter filed separately under seal.

DATED THIS 13th day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Dear Ms Miralda

I'm hoping this letter gets to you to see if you can help us.

I have a brother in prision Eduardo Segura # ███ in Federal Correctional Inst ll in Oakdale Louisiana what I want to ask for is a change of prision close to us in California he said that he can ask for a change of prision but they would send him far so I'm recuring to you if you can help or where can I do it my self, If there is a way. we have not seen him in 7 years. because its to far, and wei would have to take his kids he has 4 and right now they only can do is talk by phone but the kids had been very sad because of this. we dont wanna loose hope and strenght we're all us citizen me and the kids but airplane tickets are to expensive and by car there are many many hours.
Other thing is that he wants to take this time and put it in something positive but the facility where he is at does not have that many oportunitys for school or even work

he wants to come out learning something good for his comunitty and his family

You are our last hope please I will really apreciate if you can guide or help you would make A family really happy

thank in Advance
thank for your time

My phone is (███) ███-████
my email ████████████@████████
my adress ████████████████████

Mayra Gonzalez

SN BERNARDINO CA 924

FILED _____ _____ RECEIVED
ENTERED _____ _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 10 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

Miralda M. DU
400 S Virginia St
Reno Nevada 89501